THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* STANLEY GORSKI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 11, 1923; decided October 26, 1923.)

APPEAL from a judgment of the Supreme Court, rendered February 7, 1923, at a Trial Term for the county of Erie upon a verdict convicting the defendant of the crime of murder in the first degree.

*Clark H. Timerman* and *William C. Warren, Jr.,* for appellant.

*Guy B. Moore,* District Attorney (*Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J